**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.   **CRIMINAL NO. 4:20-cr-74-SA-JMV-1**

**DERRICK HICKS**

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest. The Office of the Federal Public Defender contacted **John H. Daniels, III** on **September 3, 2024,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **John H. Daniels, III** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **John H. Daniels, III** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 3rd day of September, 2024.

 /s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE